UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 AUG -6 AM 11:28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>ESAU NOVOA,<br><br>                              Defendant. | CASE NO. 12CR1477-CAB<br><br>BY:             DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

TITLE 21, U.S.C., SECS. 952 AND 960 - IMPORTATION OF HEROIN

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 3, 2012

Cathy Ann Bencivengo
U.S. District Judge